UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of December, two thousand and fourteen,

_____

| | |
|---|---|
| King Range, | **ORDER** |
| | Docket No: 14-3987 |
|     Plaintiff - Appellant, | |
| v. | |
| 480-486 Broadway, LLC, Madewell Inc., J. Crew Group, Inc., | |
|     Defendants - Appellees. | |

_____

      Counsel for Appellant King Range has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 30, 2015 as the brief filing date.

      It is HEREBY ORDERED that Appellant's brief must be filed on or before January 30, 2015. The appeal is dismissed effective January 30, 2015 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

      For The Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

