# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of January, two thousand and fifteen.

Before:  Ralph K. Winter,
      *Circuit Judge*.

_____

 King Range,
  Plaintiff-Appellant,

 v.

 480-486 Broadway, LLC, *et al.*,
  Defendants-Appellees.

**ORDER**
Docket No. 14-3987

_____

  Appellant moves for an extension of time, through March 16, 2015, to file a brief and appendix.

  IT IS HEREBY ORDERED that the motion is GRANTED. Counsel must monitor his medical condition and employ other counsel to prepare a brief and appendix if the brief and appendix cannot be completed by March 16, 2015. The appeal is dismissed effective March 16, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

          For the Court:
          Catherine O'Hagan Wolfe,
          Clerk of Court